**EXHIBIT 2**

Electronically issued / Délivré par voie électronique : 30-May-2025
Toronto Superior Court of Justice / Cour supérieure de justice    **Court File No./N° du dossier du greffe : CV-25-00742313-00CL**



Court File No. CV-25-00742313-00CL

## *ONTARIO*
## SUPERIOR COURT OF JUSTICE
## COMMERCIAL LIST

| | | |
|---|---|---|
| THE HONOURABLE | ) | TUESDAY, THE 29TH |
| | ) | |
| JUSTICE J. DIETRICH | ) | DAY OF MAY, 2025 |

B E T W E E N:

HARRY LITTLER

Applicant

and

CMC CREDIT LTD. and MICHAEL SMITH

Respondents

APPLICATION UNDER section 253 of the *Business Corporations Act*, R.S.O. 1990, c B.16

## ORDER

**THIS APPLICATION** made by the applicant, Harry Littler, for an order pursuant to section 253 of the Ontario *Business Corporations Act*, R.S.O. 1990, c. B.16, was heard on May 27, 2025 by videoconference at the courthouse, 330 University Avenue, Toronto, Ontario, M5G 1R7.

**ON READING** the application record of the applicant and on hearing the submissions of counsel for the applicant and counsel for the respondents,

1.     **THIS COURT ORDERS** that the applicant shall have unfettered access to the books and records of CMC Credit Ltd. detailed in Schedule A attached hereto within 5 business days of this Order.

Electronically issued / Délivré par voie électronique : 30-May-2025
Toronto Superior Court of Justice / Cour supérieure de justice     **Court File No./N° du dossier du greffe :** CV-25-00742313-00CL

-2-

2.      **THIS COURT ORDERS** that the costs of this application, fixed at $30,000, shall be

paid by the respondents within 30 days of this Order.

_____
*(Signature of judge, officer or registrar)*

Electronically issued / Délivré par voie électronique : 30-May-2025
Toronto Superior Court of Justice / Cour supérieure de justice    **Court File No./N° du dossier du greffe :** CV-25-00742313-00CL

## SCHEDULE A

- Bank statements (all accounts) from 2018 to present, including cancelled cheques and supporting documentation for all Electronic Funds Transfers

- Banking agreements and account opening documents

- Copies of all journal entries and adjusting entries including supporting documentation

- Year-end working papers, including supporting schedules and reconciliations for all fiscal years from 2018 to present

- Complete general ledger and sub-ledgers from 2018 to present

- Copies of internally prepared financial statements, notice-to-reader statements and all other financial records

- Copies of corporate tax returns from 2018 to present with corresponding financial statements

- Notices of assessment or reassessment issued by federal or provincial governments

- Copies of any third-party audit or reviews

- Copies of all contracts related to loan operations, including loan applications and lending agreements

- Monthly reports evidencing gross revenues generated from consumer loans from 2018 to present

- All board meeting minutes from 2018 to present

- Details of all interest paid to corporations or related parties, including supporting emails, memoranda or other correspondence among officers, directors or advisors

- Details of all dividend payments made, including supporting internal communications (emails, memoranda or board resolutions)

- Copies of all third-party statements and associated invoices

Electronically issued / Délivré par voie électronique : 30-May-2025
Toronto Superior Court of Justice / Cour supérieure de justice

**Court File No./N° du dossier du greffe :** CV-25-00742313-00CL

-4-

- Any additional internal or external reports or communications relevant to the company's financial operations or loan portfolio performance

Electronically issued / Délivré par voie électronique : 30-May-2025
Toronto Superior Court of Justice / Cour supérieure de justice

HARRY LITTLER
Applicant

-and-

**Court File No./N° du dossier du greffe :** CV-25-00742313-00CL

CMC CREDIT LTD. et al.
Respondents

Court File No. CV-25-00742313-00CL

### *ONTARIO*
### SUPERIOR COURT OF JUSTICE
### COMMERCIAL LIST

PROCEEDING COMMENCED AT
TORONTO

### ORDER

**POLLEY FAITH LLP**
TD North Tower
77 King St. W., Suite 2110
Toronto ON M5K 2A1

**Andrew Faith (47795H)**
afaith@polleyfaith.com
**Alexia Parente (81927G)**
aparente@polleyfaith.com
**Dayna Christy (89438T)**
dchristy@polleyfaith.com

Tel:    416.365.1600

Lawyers for the applicant

Email for parties served: m@magonetlaw.com